UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                          |   |                   |
|--------------------------|---|-------------------|
| UNITED STATES OF AMERICA,| ) |                   |
|                          | ) |                   |
| v.                       | ) | No. 18-cr-10343-IT|
|                          | ) |                   |
| JOSE AVILA,              | ) |                   |
|    Defendant. | ) |               |

**<u>ASSENTED TO MOTION TO RETURN PROPERTY</u>**

The Defendant, Jose Avila ("Avila"), moves the Court to order the United States Probation Service to return his American and Portuguese passports. The passports were seized during the investigation of the case by the United State Postal Inspection Service and transferred to the custody of the United States Probation Service at about the time of Avila's initial appearance and arraignment. The case is resolved, and the United States Attorney's Office no longer contends that the passports hold any evidentiary value. Furthermore, undersigned counsel has consulted with Assistant United States Attorney James R. (JR) Drabick, one of the prosecutors in the case, and he represented that the United States Attorney's Office assents to return of the passports to Avila.

WHEREFORE, Avila requests that the Court allow his Motion and Order United States Probation Service to return Avila's passports to him.

JOSE AVILA
By his attorneys,

/s/ *Patrick Hanley*
Thomas J. Butters
BBO No. 068260
Patrick Hanley
BBO No. 658225
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617)367-2600
butters@buttersbrazilian.com
hanley@buttersbrazilian.com

Dated: May 7, 2020

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Patrick Hanley
Patrick Hanley